Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Thomas J. Hanlon
Assistant United States Attorney
402 E. Yakima Ave., Ste. 210
Yakima, WA 98901-2760
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAR 14 2023

SEAN F. MCAVOY, CLERK
_____, DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESSE RODARTE, JR.,<br><br>Defendant. | 1:23-CR- 2008-SAB<br><br>INDICTMENT<br><br>Vio:  18 U.S.C. §§ 922(g)(1), 924(a)(8)<br>Felon in Possession of a Firearm<br><br>18 U.S.C. § 924, 28 U.S.C. § 2461<br>Forfeiture Allegations |

The Grand Jury charges:

On or about January 9, 2022, in the Eastern District of Washington, the Defendant, JESSE RODARTE, JR., knowing of his status as a person previously convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a Smith and Wesson, Model 38 Special, .38 SPL caliber revolver, bearing serial number

INDICTMENT – 1

AAV8407, which firearm had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), as set forth in this Indictment, the Defendant, JESSE RODARTE, JR., shall forfeit to the United States of America any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

- Smith and Wesson, model: 38 Special, .38 SPL caliber revolver, bearing serial number AAV8407
- 5 rounds of assorted .38 caliber ammunition

DATED this 14 day of March 2023.

A TRUE BILL

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*[signature]*
Thomas J. Hanlon
Assistant United States Attorney

INDICTMENT – 2