FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 03, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | NO. 1:23-CR-02008-SAB-1 |
|---|---|
| Plaintiff, | |
| v. | |
| JESSE RODARTE, JR., | **ORDER DISMISSING INDICTMENT** |
| Defendant. | |

Before the Court are the United States' Motion to Dismiss Indictment, ECF No. 18, and Motion to Expedite, ECF No. 19. The motions were heard without oral argument. The United States is represented by Thomas Hanlon; Defendant is represented by Nick Mirr.

An Indictment was filed on March 14, 2023. ECF No. 1, charging Defendant with Felon in Possession of a Firearm. The United States now asks the Court to dismiss the Indictment without prejudice. It indicates Defendant does not object to tits Motion.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Expedite, ECF No. 19, is **GRANTED**.

2. The United States' Motion to Dismiss Indictment, ECF No. 18, is **GRANTED**.

3. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure,

**ORDER DISMISSING INDICTMENT** ~ 1

the Indictment filed on March 14, 2023, ECF No. 1, is **DISMISSED**, without prejudice.

    **IT IS SO ORDERED**. The District Court Executive is hereby directed to enter this Order, furnish copies to counsel and **close** the file.

    **DATED** this 3rd day of April 2023.



_Stanley A. Bastian_ (signature)

Stanley A. Bastian
Chief United States District Judge

**ORDER DISMISSING INDICTMENT** ~ 2